Douglas J. Pick (DP-5935)
Eric C. Zabicki (EZ-0763)
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Chapter 7
DONNA BERG,                                         Case No. 06-11682 (BRL)

      Debtor.
---------------------------------------------------------x

## NOTICE OF APPEAL

  Debtor-appellant Donna Berg (the "Debtor-Appellant") hereby appeals to the United States District Court for the Southern District of New York from that certain *Order Dismissing Chapter 11 Case* dated and entered by the United States Bankruptcy Court for the Southern District of New York on May 6, 2008 at Docket No. 67 (the "Order", a copy of which is attached hereto as *Exhibit "A"*), Honorable Burton R. Lifland, United States Bankruptcy Judge, presiding.

  The names of all parties to the Ruling appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

  **PICK & ZABICKI LLP**
  Proposed Counsel to Debtor-Appellant
  369 Lexington Avenue, 12th Floor
  New York, New York 10017
  (212) 695-6000
  dpick@picklaw.net

**OFFICE OF THE UNITED STATES TRUSTEE**
Counsel to the United States Trustee for Region 2
33 Whitehall Street, 21st Floor
New York, New York 10004
(212) 510-0500


Dated:  New York, New York
        May 16, 2008

                                      **PICK & ZABICKI LLP**
                                      Counsel to the Debtor-Appellant


                            By:     **/s/ Douglas J. Pick**
                                    Douglas J. Pick (DP-5935)
                                    369 Lexington Avenue, 12th Floor
                                    New York, New York 10017
                                    (212) 695-6000