Douglas J. Pick (DP-5935)
Eric C. Zabicki (EZ-0763)
**PICK & ZABICKI LLP**
Counsel to Debtor-Appellant
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000
dpick@picklaw.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                          Chapter 11
DONNA BERG,                                          Case No. 06-11682 (BRL)

                      Debtor.
---------------------------------------------------------x

### DEBTOR-APPELLANT'S DESIGNATION OF CONTENTS FOR INCLUSION IN RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

        Pursuant to Federal Rule of Bankruptcy Procedure 8006, debtor-appellant Donna Berg hereby designates the following items to be included in the record, and hereby states, without limitation, the issues presented, with regard to her appeal from that certain *Order Dismissing Chapter 11 Case* entered by the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on May 6, 2008 (the "Order"), Honorable Burton R. Lifland, United States Bankruptcy Judge, presiding:

### CONTENTS OF RECORD ON APPEAL

    1.    Voluntary Petition, Schedules of Assets, Liabilities and Executory Contracts, and Statement of Financial Affairs, dated July 24, 2006 (Docket No. 1);

    2.    Amended: (i) Summary of Schedules; (ii) Schedule F; and (iii) Creditor Matrix, dated September 5, 2006 (Docket No. 6);

    3.    Order Converting Chapter 7 Case to Case Under Chapter 11, dated and

entered October 2, 2007 (Docket No. 34);

  4.  Monthly Operating Statement for the Period October 2, 2007 Through November 30, 2007, dated December 13, 2007 (Docket No. 48);

  5.  Monthly Operating Statement for the Period December 1, 2007 Through December 31, 2007, dated January 14, 2008 (Docket No. 49);

  6.  Monthly Operating Statement for the Period January 1, 2008 Through January 31, 2008, dated February 11, 2008 (Docket No. 54);

  7.  Monthly Operating Statement for the Period February 1, 2008 Through February 29, 2008, dated March 6, 2008 (Docket No. 59);

  8.  Motion of the United States Trustee to Convert this Chapter 11 Case to a Chapter 7 Case, Or, in the Alternative, to Dismiss this Chapter 11 Case, dated March 28, 2008 (together with the corresponding Memorandum of Declaration in Support) (Docket 61);

  9.  Donna Berg's Response to the United States Trustee's Motion to Convert the Chapter 11 Case to a Chapter 7 Case, Or, in the Alternative, Dismiss the Chapter 11 Case, dated April 30, 2008 (Docket No. 66);

  10.  Transcript of proceedings before the Honorable Burton R. Lifland, United States Bankruptcy Judge, on May 6, 2008;

  11.  Order Dismissing Chapter 11 Case, dated and entered May 6, 2008 (Docket No. 67);

  12.  Notice of Appeal, dated May 16, 2008 (Docket No. 69);

**STATEMENT OF ISSUES ON APPEAL**

1. Whether the Bankruptcy Court erred as a matter of fact and/or law in dismissing the Debtor's chapter 11 case with prejudice to re-file for one year.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

> **PICK & ZABICKI LLP**
> Counsel to Debtor-Appellant
> 369 Lexington Avenue, 12th Floor
> New York, New York 10017
> (212) 695-6000
> dpick@picklaw.net
>
> **OFFICE OF THE UNITED STATES TRUSTEE**
> 33 Whitehall Street, 21st Floor
> New York, New York 10004
> (212) 510-0500

Dated: New York, New York
        May 29, 2008

> **PICK & ZABICKI LLP**
> Counsel to the Debtor-Appellant
>
> By:    **s/Douglas J. Pick**
>        Douglas J. Pick (DP-5935)
>        369 Lexington Avenue, 12th Floor
>        New York, New York 10017
>        (212) 695-6000