UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                                           :

In re                                                   :   Case No. 06-11682 (BRL)

DONNA BERG,                              :

                                                          :   (Chapter 11)
                                Debtor.       :

                                                          :
------------------------------------------------------------x

## THE UNITED STATES TRUSTEE COUNTER-DESIGNATION OF THE RECORD ON APPEAL

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 8007-1, Diana G. Adams, the United States Trustee for Region 2 (the "United States Trustee"), hereby provides her counter-designation of the items to be included in the record on appeal designated by the debtor, Donna Berg (the "Debtor") with respect to the order dismissing the Debtor's Chapter 11 case with prejudice for one year entered by the United States Bankruptcy Court for the Southern District of New York on May 6, 2008.

### Counter-Designation of Record

The United States Trustee hereby designates the following additional items to be included in the record on appeal and incorporates by reference all items designated by the Debtor, together with all exhibits, attachments and documents incorporated by reference therein:

      1.     Motion filed on March 30, 2007 by the Office of the United States Trustee for Region 2 (the "U.S. Trustee") seeking to dismiss the Debtor's Chapter 7 case for substantial abuse pursuant to 11 U.S.C. § 707(b) and Bad Faith. Docket No. 20.

    2.    Motion filed by the Debtor to Convert Chapter 7 Case to Chapter 11 Case filed on July 6, 2007.  Docket No. 29.

    3.    Order entered on October 2, 2007 granting Debtor's Motion to Convert Chapter 7 Case to Chapter 11 Case.  Docket No. 34.

    4.    Transcript of the hearing held before the Honorable Burton R. Lifland, United States Bankruptcy Judge on February 28, 2008.  Transcript requested.

    5.    Transcript of the hearing held before the Honorable Burton R. Lifland, United States Bankruptcy Judge on March 11, 2008.  Transcript requested.

    6.    Claims register.

Dated: New York, New York
       June 9, 2008

                          Respectfully submitted,

                          DIANA G. ADAMS
                        UNITED STATES TRUSTEE

By:    /s/ Brian S. Masumoto
        Trial Attorney (BSM 8116)
        33 Whitehall Street, 21st Floor
        New York, New York 10004-2112
        Tel. No. (212) 510-0500
        Fax. No. (212) 668-2255