**MEMO ENDORSED**

**PICK & ZABICKI LLP**
ATTORNEYS AT LAW
369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
e-mail: dpick@picklaw.net



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2008

RECEIVED
JUL 3 2008
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

July 2, 2008

**VIA FEDERAL EXPRESS**
A.B.#8655 7061 1893
Hon. Deborah A. Batts, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Donna Berg, Appellant v. Diana G. Adams, the United States Trustee for Region 2, Appellee; Case No. 08-cv-05548-DAB*

Dear Judge Batts:

  My office is counsel to Donna Berg, the appellant (the "Appellant") in the above-captioned appeal from an Order of the United States Bankruptcy Court for the Southern District of New York. This matter was docketed with the District Court on June 19, 2008 and the Appellant's brief in support is currently due on July 7, 2008 pursuant to Fed. R. Bankr. P. 8009.

  We have consulted with counsel to appellee Diana G. Adams, the United States Trustee for Region 2 (the "Appellee"), and the parties have agreed to the following proposed briefing schedule:

(a) The Appellant's brief in support shall be filed and served so as to be received by counsel to the Appellee on or before July 28, 2008;

(b) The Appellee's brief in opposition shall be filed and served so as to be received by counsel to the Appellant on or before August 25, 2008; and

(c) The Appellant's brief in reply shall be filed and served so as to be received by counsel to the Appellee on or before September 5, 2008.

  Should it meet with Your Honor's approval, the parties would respectfully request that the foregoing proposed briefing schedule be endorsed by the Court.

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS   7/3/2008
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Eric C. Zabicki

cc: Susan Golden, Esq., Counsel to the Appellee (via facsimile & regular mail)

MEMO ENDORSED