Douglas J. Pick (DP-5935)
Eric C. Zabicki (EZ-0763)
**PICK & ZABICKI LLP**
Counsel to the Debtor
369 Lexington Avenue, 12th Floor
New York, New York 10017
(212) 695-6000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DONNA BERG,

           Debtor-Appellant,        08-cv-05548 (DAB)

   v.

DIANA G. ADAMS, the United States      **AFFIDAVIT OF SERVICE**
Trustee for Region 2,

           Appellee.
-----------------------------------------------------------x

STATE OF NEW YORK    )
                                 )   ss.:
COUNTY OF NEW YORK  )

       DEBORAH HARRIS, being duly sworn, deposes and says:

       I am not a party to the action. I am over the age of eighteen years and reside in Queens, New York.

       On July 28, 2008, I served that certain Debtor-Appellant's Brief in Support of Appeal upon Susan Golden, Esq., Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 by retaining the messenger services of Dynamex for same day delivery.

                                                         **s/Deborah Harris**
                                                        DEBORAH HARRIS

Sworn to before me this
28th day of July, 2008

   **s/Eric C. Zabicki**
Eric C. Zabicki
Notary Public, State of New York
No. 02ZA6078736
Qualified in New York County
Commission Expires August 5, 2010