UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:
DONNA BERG,                                    Chapter 11
                                               Case No. 06-11682 (BRL)
                Debtor.
--------------------------------------------------------x
DONNA BERG,

                Debtor-Appellant,              08-cv-05548 (DAB)

        v.                                     **AFFIDAVIT OF SERVICE**

DIANA G. ADAMS, the United States
Trustee for Region 2,

                Appellee.
--------------------------------------------------------x

STATE OF NEW YORK      )
                       )   ss.:
COUNTY OF NEW YORK     )

   DEBORAH HARRIS, being duly sworn, deposes and says:

   I am not a party to the action.  I am over the age of eighteen years and reside in Queens, New York.

   On September 5, 2008, I served that certain Debtor-Appellant's Brief in Reply and in Further Support of Appeal upon Susan Golden, Esq., Office of the United States Trustee, 33 Whitehall Street, 21st Floor, New York, New York 10004 by retaining the messenger services of Dynamex for same day delivery.

                 **s/Deborah Harris**
                  DEBORAH HARRIS

Sworn to before me this
5th day of August, 2008

 **s/Eric C. Zabicki**
Eric C. Zabicki
Notary Public, State of New York
No. 02ZA6078736
Qualified in New York County
Commission Expires August 5, 2010